1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| NANCY JEAN HOLT, derivatively on behalf of VALUECLICK, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID S. BUZBY; JAMES A. CROUTHAMEL; JOHN GIULIANI; MARTIN HART; JAMES R. PETERS; JEFFEY F. RAYPORT; BRIAN A. SMITH; JAMES ZARLEY,<br><br>  Defendants. | Case No. 2:13-cv-09024-ODW (SHx) – ** |
| DENNIS PALKON, derivatively on behalf of VALUECLICK, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN GIULIANI, JOHN P. PITSTICK, PETER WOLFERT, JAMES R. ZARLEY, MARTIN T. HART, JAMES A. CROUTHAMEL, JEFREY F. RAYPORT, JAMES R. PETERS, DAVID S. BUZBY, VALUECLICK, INC.,<br><br>  Defendants. | ~~Case No. 2:13-CV-09148-ODW (SHx)~~<br><br>~~[PROPOSED]~~ **ORDER REGARDING DEFENDANTS' TIME TO RESPOND**<br><br>**[THIS DOCUMENT RELATES TO ALL CASES]** |

Gibson, Dunn & Crutcher LLP

The Court has reviewed the parties' Stipulation Regarding Defendants' Time to Respond. Good cause appearing, the Court hereby orders as follows:

1. ~~All deadlines presently outstanding in *Holt v. Busby*, No. 2:13-cv-09024, and *Palkon v. Giuliani*, No. 2:13-CV-09148, (collectively, the "ValueClick Cases"), including deadlines set by Court Rule, are vacated.~~

2. Defendants are not required to answer, move, or otherwise respond to the *Holt* Complaint or *Palkon* Complaint until February 28, 2014.

3. This Stipulation is without prejudice to the parties hereto agreeing, subject to Court approval, to a further extension of time regarding any of the deadlines established herein for good cause shown.

4. The parties reserve all other rights.

IT IS SO ORDERED.

DATED: January 2, 2014

_____
The Hon. Otis D. Wright II