POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>James Robert Noblin, 114442<br>Green & Noblin, P.C<br>700 Larkspur Landing Circle Suite 275<br>Larkspur, CA 94939<br>TELEPHONE NO.: (415) 477-6700<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court, Central District of California<br>312 N. Spring St. #G-8<br>Los Angeles, CA 90012 | |
| PLAINTIFF/PETITIONER: Nancy Jean Holt<br>DEFENDANT/RESPONDENT: David S. Buzby, et al. | CASE NUMBER:<br>CV13-09024-BRO(Jemx) |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>VALUE/1297 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Notice to Parties of Court-Directed ADR Program, Notice, Order Re Transfer Pursuant to General Order 08-05, Civil Minutes

**By Fax**

3. a. Party served: ValueClick, Inc.

   b. Person Served: National Registered Agents, Inc.- Jan Lapinid - Person authorized to accept service of process
4. Address where the party was served: 818 West Seventh Street 2nd Floor
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 12/18/2013      (2) at (time): 3:10 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   ValueClick, Inc.

   under:    CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:       Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 36.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: LOS ANGELES
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
   Date: 12/26/2013

   Jimmy Lizama
   (NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

OL# 7332871