JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN RE VALUECLICK, INC. DERIVATIVE SHAREHOLDER LITIGATION | Lead Case No. CV 13-09024 ODW(SHx) * |
|---|---|
| | (Consolidated with Case No. 13-09148 ODW(SHx)) |
| This Document Relates To:<br><br>　All Actions. | [PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE<br><br>Judge: Honorable Otis D. Wright, II |

Pursuant to the parties' Joint Stipulation Voluntarily Dismissing Action Without Prejudice, the Court hereby Orders that:

1. The above-captioned action is dismissed without prejudice.
2. For the reasons stated in the Joint Stipulation, notice of said dismissal is not required.
3. Each party shall bear their own costs and fees.

IT IS SO ORDERED.

JUNE 2, 2014
DATED

*[signature]*

HONORABLE OTIS D. WRIGHT, II
JUDGE OF THE DISTRICT COURT

960451

- 1 -

[PROPOSED] ORDER VOLUNTARILY DISMISSING ACTION