Previously **JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| NANCY JEAN HOLT, derivatively on behalf of VALUECLICK, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> DAVID S. BUZBY; JAMES A. CROUTHAMEL; JOHN GIULIANI; MARTIN HART; JAMES R. PETERS; JEFFREY F. RAYPORT; BRIAN A. SMITH; JAMES ZARLEY, <br><br>           Defendants. | Case No. 2:13-cv-09024-ODW(SHx) <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT [20] AND GRANTING JOINT STIPULATION VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE** |
| DENNIS PALKON, derivatively on behalf of VALUECLICK, INC., <br><br>           Plaintiff, <br><br>     v. <br><br> JOHN GIULIANI; JOHN P. PITSTICK; PETER WOLFERT; JAMES R. ZARLEY; MARTIN T. HART; JAMES | Case No. 2:13-cv-09148-ODW(SHx) |

| | |
|---|---|
| 1 | A. CROUTHAMEL; JEFFREY F. |
| 2 | RAYPORT; JAMES R. PETERS; DAVID |
| 3 | S. BUZBY; VALUECLICK, INC., |
| 4 | Defendants. |

Pursuant to the parties' Joint Stipulation Voluntarily Dismissing Action Without Prejudice, the Court hereby **ORDERS** that:

1. The pending Motion to Dismiss is **DENIED AS MOOT** (ECF No. 20);
2. The above-captioned actions are dismissed without prejudice;
3. For the reasons stated in the Joint Stipulation, notice of said dismissal is not required;
4. Each party shall bear their own costs and fees; and
5. The Clerk of Court shall close these actions.

**IT IS SO ORDERED.**

May 30, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**